CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Antonio Torres-Barraza**<br>DOB: 1992; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-08417MJ |

Complaint for violations of:   Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
<u>Count 1</u>: On or about January 26, 2019, at or near Nogales, in the District of Arizona, **Juan Antonio Torres-Barraza** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 179.40 kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).
<u>Count 2</u>: On or about January 26, 2019, at or near Nogales, in the District of Arizona, **Juan Antonio Torres-Barraza** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 114.3 kilograms of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On January 26, 2019, Juan Antonio TORRES-Barraza entered the United States through the Mariposa Port of Entry Cargo Facility in Nogales, Arizona. TORRES was the driver and sole occupant of a 1999 Volvo tractor pulling a white Great Dane trailer. Picklemex LLC was the registered shipper, consignee, and importer. Picklemex LLC had not entered any commodity since July 2018. The tractor and trailer were referred to the dock for an additional inspection. Customs and Border Protection (CBP) officers conducted a scan and observed anomalies under the floor of the tractor, specifically between the end of the trailer and the last set of wheels. A CBP canine positively alerted to an odor it had been trained to detect emanating from the rear of the trailer area. Officers lifted the floor of the trailer and discovered a non-factory compartment containing 426 packages. A representative sample of the contents of 322 packages was field tested and yielded positive results for the properties of methamphetamine. The packages of methamphetamine weighed 179.40 kilograms. A representative sample of the contents of 94 packages was field tested and yielded positive results for the properties of fentanyl. The packages of fentanyl weighed 114.3 kilograms.

After waiving his *Miranda* rights, TORRES said he was headed to Rivas Produce in Rio Rico, Arizona, and that he was hauling cucumbers for Logistic TEO. TORRES said the tractor he was driving is not his, he does not have any stake in it, and it belongs to Logistic TEO. TORRES said he is told by Logistic TEO where to go and what to pick up to haul. TORRES stated his boss got him the job, and that Logistic TEO has two trucks it employs to haul goods.

**BASIS OF COMPLAINT CONTINUED ON REVERSE**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HNS/am<br>AUTHORIZED AUSA Heather Siegele | SIGNATURE OF COMPLAINANT (official title)<br>SPECIAL AGENT / R. Tyler Dix<br>OFFICIAL TITLE<br>Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 28, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

TORRES said he crossed two trucks the day before, and he was also supposed to cross this load the day before but was not able to due to timing. TORRES said his boss called him at 9:30 a.m. on this occasion and told him what tractor and trailer to haul. TORRES stated the tractor is not registered to him and he owns no part of the truck. TORRES also stated he has no familial relationship with anyone at Logistic TEO. TORRES said he picked up the trailer at 10:00 a.m. and his boss did not act any differently than he ever had before. TORRES stated he did all the inspections to the tractor and trailer himself and didn't see anything out of the ordinary. TORRES weighed the trailer himself and it did not show up as overweight; it also had the original seal on it from Guadalajara, its place of origin. TORRES said he took the trailer from a well-dressed man he did not know and hooked it up to the tractor. TORRES said he did not feel anything was out of the ordinary and that this occasion was the first time he has crossed a Logistic TEO truck. TORRES said he is paid approximately 700 pesos for each crossing he completes. TORRES said the owners of the pickles did not alert him to anything TORRES said his boss has never asked him to do anything illegal and he thinks his boss is honest. TORRES stated he was supposed to drop off the trailer and go back to Mexico. TORRES said the trailer would be filled with Clamato (V8 style juice) and he would return to pick it up later.

Prior to the interview, a CBP officer walked TORRES over to an office. Before being *Mirandized* or interviewed, TORRES told the officer that the phone would tell them everything. At that time, the officer told TORRES to stop, and that it could be discussed once there was an interview. Interviewing agents asked TORRES about this comment. TORRES said he was upset because he wanted to call his family to let them know what was happening.

TORRES told agents he is the owner of the phone but does not know the number. TORRES stated he did not know there were narcotics in the trailer. TORRES said he thinks that either the well-dressed person he picked the trailer up from or the owners of the commodity knew about the narcotics.