JON M. SANDS
Federal Public Defender
JAY V. SAGAR
Assistant Federal Public Defender
State Bar No. 024111
jay_sagar@fd.org
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 19-mj-8417-LCK |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| vs. | |
| Juan Antonio Torres-Barraza, | |
| Defendant. | |

Notice is hereby given, in accordance with LRCrim 57.14 and LRCiv 83.3 of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant Federal Public Defender, Jay V. Sagar, is appearing as co-counsel in the above-referenced matter.

RESPECTFULLY SUBMITTED this 5th day of February, 2019.

JON M. SANDS
Federal Public Defender

*s/ Jay V. Sagar*
JAY V. SAGAR
Assistant Federal Public Defender

*The above signed does hereby certify that on the above date, he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Jacob H. Operskalski
Assistant U.S. Attorney

1