ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Stefani.hepford@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Juan Antonio Torres-Barraza,<br><br>　　　　　Defendant. | 19-08417 MJ<br><br>NOTICE OF APPEARANCE<br>OF GOVERNMENT COUNSEL |

　　　The United States of America, by and through its undersigned attorneys, gives notice that STEFANI K. HEPFORD files her appearance as counsel for the United States of America in the above-captioned matter.

　　　Respectfully submitted this 6th day of February, 2019.

　　　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　　　First Assistant United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　*s/Stefani K. Hepford*

　　　　　　　　　　　　　　　　　　STEFANI K. HEPFORD
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 6th day of February, 2019, to:

Matei Tarail, Esq.
Jay Sagar, Esq.